No. 84–439.   CALDWELL v. SOLUS OCEAN SYSTEMS, INC. C. A. 5th Cir.   Certiorari denied.

No. 84–440.   COHEN ET UX. v. CITY OF PHILADELPHIA ET AL. C. A. 3d Cir.   Certiorari denied.

No. 84–441.   AGRI-FEEDS, INC. v. HANSENS' INC., DBA CHAMPION INDUSTRIAL CONTRACTORS.   Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 84–443.   MORIAL ET AL. v. UNITED GAS PIPE LINE CO. C. A. 5th Cir.   Certiorari denied.

No. 84–445.   FIRST ASSEMBLY OF GOD CHURCH ET AL. v. CITY OF ALEXANDRIA, VIRGINIA, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–446.   HYATT LEGAL SERVICES ET AL. v. HYATT CORP. C. A. 7th Cir.   Certiorari denied.

No. 84–447.   METROPOLITAN PROPERTY & LIABILITY INSURANCE CO. v. LONGENECKER ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–455.   HAUSER v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 84–456.   SCOTT ET AL. v. BENSON.   C. A. 7th Cir.   Certiorari denied.

No. 84–457.   MINSKY v. AUTO DRIVEAWAY CO. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 84–464.   KLEMENS ET AL. v. AIR LINE PILOTS ASSN., INTERNATIONAL.   C. A. 9th Cir.   Certiorari denied.

No. 84–471.   NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA ET AL. v. COUNTY OF LOS ANGELES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–477.   FELICE v. FOLEY ET AL.   C. A. 9th Cir.   Certiorari denied.